UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) No. | 2:11-00001 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(d)(1) |
| [1] JAMES TROY TABOR | ) | 18 U.S.C. § 922(g)(1) |
| (Counts One, Two, Three, | ) | 18 U.S.C. § 922(k) |
| Four, Six, Seven, Nine, Ten, | ) | 18 U.S.C. § 924(a)(2) |
| and Eleven) | ) | 18 U.S.C. § 924(a)(1)(b) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| [2] PATTI JESSICA HALL | ) | 21 U.S.C. § 841(a)(1) |
| (Counts One, Two, Three, | ) | 21 U.S.C. § 846 |
| Four, Six, Seven) | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5845(a) |
| [3] KEITH PATRICK DOHERTY, JR. | ) | 26 U.S.C. § 5861(d) |
| (Counts Six, Seven, Eight, Nine | ) | 26 U.S.C. § 5871 |
| and Ten) | ) | |
| | ) | |
| [4] JAMES MICHAEL CASEY | ) | |
| O'HOWELL | ) | |
| (Counts Nine, Ten, and Twelve) | ) | |
| | ) | |
| [5] TIMOTHY JAMES NEILL, JR. | ) | |
| (Count Five) | ) | |
| | ) | |
| [6] DALLAS ALLEN | ) | |
| (Count Nine) | ) | |
| | ) | |
| [7] DANIEL M. ELROD | ) | |
| (Count Eleven) | ) | |
| | ) | |
| [8] NEPHTHALI DAMIAN DACHOUTE | ) | |
| (Counts Twelve, Thirteen, Fourteen) | ) | |
| | ) | |
| [9] RYAN JAEGER | ) | |
| (Counts Six and Seven) | ) | |

**ORDER**

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; and (b) may be provided by the United States to the defendants or the defendants' counsel after the defendants are arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the United States.

Joe Brown
United States Magistrate Judge

Dated: March 2, 2011