UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:11-00001 |
| | ) |
| v. | ) |
| | ) |
| [1] JAMES TROY TABOR | ) |
|    (Counts One, Two, Three, | ) |
|    Four, Six, Seven, Nine, Ten, | ) |
|    Eleven, and Twelve) | ) |
| | ) |
| [2] PATTI JESSICA HALL | ) |
|    (Counts One, Two, Three, | ) |
|    Four, Six, Seven) | ) |
| | ) |
| [3] KEITH PATRICK DOHERTY, JR. | ) |
|    (Counts Six, Seven, Eight, Nine | ) |
|    and Ten) | ) |
| | ) |
| [4] JAMES MICHAEL CASEY | ) |
|   O'HOWELL | ) |
|    (Counts Nine, Ten, Thirteen, | ) |
|    and Fourteen) | ) |
| | ) |
| [5] TIMOTHY JAMES NEILL, JR. | ) |
|    (Count Five) | ) |
| | ) |
| [6] DALLAS ALLEN | ) |
|    (Count Nine) | ) |
| | ) |
| [7] DANIEL M. ELROD | ) |
|    (Counts Eleven and Twelve) | ) |
| | ) |
| [8] NEPHTHALI DAMIAN DACHOUTE | ) |
|    (Counts Thirteen, Fourteen, | ) |
|    Fifteen, and Sixteen) | ) |
| | ) |
| [9] RYAN JAEGER | ) |
|    (Counts Six and Seven) | ) |

**ORDER**

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered unsealed.

*(signature)*
Joe Brown
United States Magistrate Judge