UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:11-CR-001 |
| v. | ) |
| | ) JUDGE HAYNES |
| | ) |
| JAMES TABOR | ) |

MOTION TO SEVER COUNTS
IN THE INDICTMENT

Defendant, James Tabor ("Tabor"), respectfully requests that this Honorable Court sever certain counts in the Indictment from certain other unrelated Counts in the Indictment. Tabor is charged in an Indictment that charges 9 defendants and 16 counts. There are 8 different groups of charges stemming from various incidents, involving 9 defendants, and spanning a course of 14 months.

1. <u>Group 1</u>. The first group of charges in the Indictment is Counts 1-2. Those Counts allege possession with intent to distribute crack cocaine as well as possession of weapons during those drug offenses. Those Counts charge Tabor and Patti Hall.

*[Handwritten annotation: ORDER. Given the Defendant's entry of his guilty plea, this motion and his other motions (Dkt. Nos 213, 214, 215, 216 and 217) are DENIED as moot. [signature] 3-30-12]*