IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:11-00001-1 |
| vs. ) | |
| ) | JUDGE HAYNES |
| JAMES TROY TABOR and ) | |
| JAMES MICHAEL CASEY O'HOWELL ) | |

**MOTION TO SET HEARING DATE**

*[Handwritten: GRANTED. This motion is GRANTED. The hearing reset for May 19, 2014 at 4:00 pm. /s/ 5-12-12]*

**SUMMARY**

MOVANT, Jerry Dinkins respectfully submits a motion to set a hearing date on the matter of the motion to unseal the Pre-Sentence Reports in the above styled and numbered cause of action. Such motion is presently pending before this court.

**MOTION**

COMES NOW, Jerry Dinkins, movant herein, by and through counsel and moves that the Motion to Unseal the Pre-Sentence Reports be set for hearing. In support of the motion movant would allege and prove the following:

1. Movant filed a motion to unseal the presentence reports of defendants, James Troy Tabor and James Michael Casey O'Howell for the reasons and upon the grounds set forth in the motion.