IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:11-00001-1 |
| vs. | ) | |
| | ) | JUDGE HAYNES |
| JAMES TROY TABOR and | ) | |
| JAMES MICHAEL CASEY O'HOWELL | ) | |

MOTION TO UNSEAL THE PRESENTENCE REPORTS

*[Handwritten annotation: ORDER. For the reasons stated in open court, this motion is DENIED as moot. /s/ [illegible] 5/19/14]*

MOTION SUMMARY

Jerry Dinkins, a defendant in No. 3:11-12 – Sharp, a pending capital case in the Middle District of Tennessee, Nashville Division, seeks to unseal the presentence report. From the available public documents filed in the above styled and numbered case, counsel for defendant Dinkins is of the opinion that the case appears to be a case filed by the United States influenced by racial discrimination.

Defendant Dinkins is an African American defendant facing a death penalty prosecution alleging a drug related homicide. James Troy Tabor and James Michael Casey O'Howell are Caucasian defendants, sentenced in 2012 in this court, charged with killing another to collect a drug debt and the shooting of another in that victim's prosthetic leg. Neither white defendant faced any capital charge or the death penalty.

MOTION